No. 83–1176. DEMAREST *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1203. ALLISON ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 83–1204. CULTEE ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1241. DAVIS *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–1258. MICHIGAN DEPARTMENT OF MENTAL HEALTH *v.* RASIMAS. C. A. 6th Cir. Certiorari denied.

No. 83–1272. LEE *v.* CITY OF KNOXVILLE, TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 83–1282. SHUTTLEWORTH ET UX. *v.* CATHOLIC FAMILY SERVICES ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 83–1285. FITZGERALD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–1289. HOWELL *v.* STATE BAR OF TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1342. ALLEN, DBA WILLIE F. ALLEN JANITORIAL SERVICE *v.* GREENVILLE COUNTY. C. A. 4th Cir. Certiorari denied.

No. 83–1358. DORAN ET AL. *v.* HOULE ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1392. LOGIUDICE *v.* GEORGIA; and
No. 83–1403. KARLOVICH ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied. Reported below: No. 83–1392, 164 Ga. App. 709, 297 S. E. 2d 499; No. 83–1403, 165 Ga. App. 761, 302 S. E. 2d 396.

No. 83–1439. HENDERSON *v.* KATZ ET AL. Ct. Sp. App. Md. Certiorari denied.